# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| REPUBLIC TOBACCO, L.P., an Illinois Limited Partnership, Plaintiff,<br><br>v.<br><br>COMMONWEALTH BRANDS, INC., a Kentucky Corporation, Defendant | FILED: JUNE 6, 2008     LI<br>08CV3267<br>JUDGE    PALLMEYER<br>MAGISTRATE   JUDGE ASHMAN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

REPUBLIC TOBACCO, L.P., Plaintiff

| NAME (Type or print) |  |
|---|---|
| Charles S. Bergen |  |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/Charles S. Bergen | |
| FIRM | |
| Grippo & Elden LLC | |
| STREET ADDRESS | |
| 111 South Wacker Drive, #5100 | |
| CITY/STATE/ZIP | |
| Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 06186595 | 312-704-7700 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |