**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                  Case Number: 08CV3267

REPUBLIC TOBACCO, L.P., an Illinois Limited Partnership,
  Plaintiff,                                          Judge Rebecca R. Pallmeyer
                                            Magistrate Judge Martin C. Ashman

v.

COMMONWEALTH BRANDS, INC., a Kentucky Corporation,
Defendant


AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

REPUBLIC TOBACCO, L.P., Plaintiff

| | |
|---|---|
| NAME (Type or print) | |
| Peter S. Roeser | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/Peter S. Roeser | |
| FIRM | |
| Grippo & Elden LLC | |
| STREET ADDRESS | |
| 111 South Wacker Drive, #5100 | |
| CITY/STATE/ZIP | |
| Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6257273 | 312-704-7700 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒   NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒   NO ☒ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ | |