## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3267 | **DATE** | 6/12/2008 |
| **CASE TITLE** | Republic Tobacco L.P. vs. Commonwealth Brands, Inc. | | |

**DOCKET ENTRY TEXT**

Plaintiff invokes both diversity jurisdiction and federal question jurisdiction over this case. The court recognizes that the Lanham Act claim supports the exercise of federal question jurisdiction, but cautions Plaintiff that its allegations are insufficient to support diversity jurisdiction. *See Cosgrove v. Bartolotta*, 150 F.3d 729, 731 (7th Cir. 1998) (the citizenship of a limited partnership for purposes of the diversity jurisdiction is the citizenship of its members); s*ee also Belleville Catering Co. v. Champaign Market Place, L.L.C.*,, 350 F.3d 691 (7th Cir. 2003) (directing counsel who failed to recognize the absence of diversity under this principle to re-litigate their dispute in state court without charge to their clients).

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|

Case 1:08-cv-03267    Document 8    Filed 06/12/2008    Page 1 of 1

08C3267 Republic Tobacco L.P. vs. Commonwealth Brands, Inc.    Page 1 of 1