# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: 08CV3267
REPUBLIC TOBACCO, L.P., an Illinois Limited Partnership,
Plaintiff,                                    Judge Rebecca R. Pallmeyer
    v.
COMMONWEALTH BRANDS, INC.
Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

COMMONWEALTH BRANDS, INC. - Defendant

| | |
|---|---|
| NAME (Type or print) <br> Michael P. Padden | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/Michael P. Padden | |
| FIRM <br> Howrey LLP | |
| STREET ADDRESS <br> 321 North Clark Street | |
| CITY/STATE/ZIP <br> Chicago, Illinois 60610 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6183992 | TELEPHONE NUMBER <br> (312) 595-1149 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? YES☐ NO☑ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? YES☑ NO☐ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? YES☑ NO☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES☐ NO☑ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |