# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| Republic Tobacco, L.P., ) | |
| ) | |
| Plaintiff, ) | Case No. 08 CV 3267 |
| ) | |
| v. ) | Honorable Rebecca R. Pallmeyer |
| ) | |
| Commonwealth Brands, Inc., ) | Magistrate Judge Martin C. Ashman |
| ) | |
| Defendant. ) | |

## AGREED MOTION FOR EXTENSION OF TIME
## TO RESPOND TO COMPLAINT

Defendant Commonwealth Brands, Inc., by its undersigned counsel and by agreement with Plaintiff, hereby moves for an extension of time to file its pleading in response to Plaintiff's Complaint up to and through July 22, 2008. In support of this Motion Defendant states as follows:

1. This action was filed on or about June 6, 2008 and Defendant was served on or about June 10, 2008. This matter has been set for an Initial Status Conference on August 12, 2008.

2. On June 19, 2008 Defendant's counsel contacted Plaintiff's counsel to request an extension of time to file its pleading in response to the Complaint and Plaintiff's counsel agreed to an extension up to and through July 22, 2008.

3. The requested extension of time will not cause any prejudice or undue delay.

WHEREFORE, Defendant Commonwealth Brands, Inc. hereby requests that it be granted an extension of time to file its pleading in response to the Complaint up to and through July 22, 2008.

                              Respectfully submitted,

                              _s/ Michael P. Padden_
                              Michael P. Padden
                              Howrey LLP
                              321 North Clark Street
                              Suite 3400
                              Chicago, Illinois 60658
                              Tel. (312) 595-1149
                              Fax: (312) 595-2250

                              Attorneys for Defendant,
                              Commonwealth Brands, Inc.

Date: June 27, 2008

## **CERTIFICATE OF SERVICE**

I, Michael P. Padden, counsel for Defendant Commonwealth Brands, Inc. hereby certify that a copy of the foregoing Notice of Motion and Agreed Motion for Extension of Time to Respond to Complaint was served via electronic mail on this 27th day of June, 2008 upon each of the following counsel of record:

>Charles Bergen
>Grippo & Elden
>111 S. Wacker Drive
>Chicago, Illinois 60606
>cbergen@grippoelden.com
>
>Peter S. Roeser
>proeser@grippoelden.com


>　s/Michael P. Padden
>Michael P. Padden