## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| Republic Tobacco, L.P., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 CV 3267 |
| | ) | |
| v. | ) | Honorable Rebecca R. Pallmeyer |
| | ) | |
| Commonwealth Brands, Inc., | ) | Magistrate Judge Martin C. Ashman |
| | ) | |
| Defendant. | ) | |

## <u>NOTICE OF MOTION</u>

PLEASE TAKE NOTICE that on Tuesday, July 1, 2008, at the hour of 8:45 a.m.,

or as soon thereafter as counsel may be heard, we shall appear before the Honorable

Rebecca Pallmeyer, in the courtroom usually occupied by her in the Everett McKinley

Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604, or before any

other judge sitting in her place and stead, and shall then and there present the Agreed

Motion for Extension of Time to Respond to Complaint, a copy of which is attached

hereto and served upon you, at which time and place you may appear if you see fit.

Commonwealth Brands, Inc.

  s/Michael P. Padden
Michael P. Padden

Howrey LLP
321 North Clark Street
Suite 3400
Chicago, Illinois 60658
Tel.  (312) 595-1149
Fax: (312) 595-2250