**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 08CV3267 |

REPUBLIC TOBACCO, L.P., an Illinois Limited Partnership,
   Plaintiff,
                                      Judge Rebecca R. Pallmeyer
                             Magistrate Judge Martin C. Ashman

v.

COMMONWEALTH BRANDS, INC., a Kentucky Corporation,
   Defendant

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

REPUBLIC TOBACCO, L.P., Plaintiff

| |
|---|
| NAME (Type or print) |
| Pei Y. Chung |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|     s/Pei Y. Chung |
| FIRM |
| Grippo & Elden LLC |
| STREET ADDRESS |
| 111 South Wacker Drive, #5100 |
| CITY/STATE/ZIP |
| Chicago, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6282660 | 312-704-7700 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☒ |

| | | |
|---|---|---|
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐

162952.1