IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| REPUBLIC TOBACCO, LP, | ) | Case No. 08 CV 3267 |
| | ) | |
| Plaintiff, | ) | Honorable Rebecca R. Pallmeyer |
| | ) | |
| v. | ) | Magistrate Judge Martin C. Ashman |
| | ) | |
| COMMONWEALTH BRANDS, INC., | ) | DISCLOSURE STATEMENT |
| | ) | CONCERNING NOTIFICATION OF |
| Defendant. | ) | AFFILIATES |
| | ) | (Local Rule 3.2) |

Defendant Commonwealth Brands, Inc., by its undersigned counsel, hereby sets forth the following disclosure statement concerning notification of affiliates pursuant to Local Rule 3.2 of this District Court:

Defendant, Commonwealth Brands, Inc., is a nongovernmental corporate party to this proceeding. Defendant, Commonwealth Brands, Inc., discloses that it is a privately held Kentucky corporation and is a wholly owned subsidiary of Imperial Tobacco Group PLC, a publically held U.K. corporation.

Respectfully Submitted,

Date:  July 22, 2008

/s/Michael P. Padden/
Michael P. Padden
Howrey LLP
321 North Clark Street
Suite 3400
Chicago, Illinois 60654
Tel. (312) 595-1149
Fax: (312) 595-2250

And

308LT:20401:67634:1:ALEXANDRIA

>Robert E. Scully, Jr.
>(*pro hac vice* application pending)
>Brewster B. Taylor
>(*pro hac vice* application pending)
>Emily Harwood Smith
>(*pro hac vice* application pending)
>Stites & Harbsion PLLC
>1199 N. Fairfax Street
>Suite 900
>Alexandria, Virginia 22314
>Tel. (703) 739-4900
>Fax: (703) 739-9577
>
>Attorneys for Defendant,
>Commonwealth Brands, Inc.

## CERTIFICATE OF SERVICE

I, Michael P. Padden, counsel for Defendant Commonwealth Brands, Inc., hereby certify that a copy of the foregoing Disclosure Statement Concerning Notice of Affiliates was served via electronic mail on this 22nd day of July, 2008 upon each of the following counsel of record:

>Charles Bergen
>Grippo & Elden
>111 S. Wacker Drive
>Chicago, Illinois 60606
>cbergen@grippoelden.com
>
>Peter S. Roeser
>proeser@grippoelden.com

>   /s/  Michael P. Padden         /
>Michael P. Padden

308LT:20401:67634:1:ALEXANDRIA