**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| REPUBLIC TOBACCO, L.P., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 CV 3267 |
| | ) | |
| v. | ) | Honorable Rebecca R. Pallmeyer |
| | ) | |
| COMMONWEALTH BRANDS, INC., | ) | Magistrate Judge Martin C. Ashman |
| | ) | |
| Defendant. | ) | |

**<u>NOTICE OF MOTION</u>**

PLEASE TAKE NOTICE that on Tuesday, August 12, 2008, at the hour of 8:45 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Rebecca Pallmeyer, in the courtroom usually occupied by her in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604, or before any other judge sitting in her place and stead, and shall then and there present the Motion to Stay Pending Resolution of U.S.P.T.O. Opposition Proceeding, a copy of which is attached hereto and served upon you, at which time and place you may appear if you see fit.

Commonwealth Brands, Inc.

s/ Michael P. Padden
Michael P. Padden
Howrey LLP
321 North Clark Street
Suite 3400
Chicago, Illinois 60658
Tel. (312) 595-1149
Fax: (312) 595-2250

Attorneys for Defendant,
Commonwealth Brands, Inc.

And

308LT:20401:68344:1:ALEXANDRIA

1

Robert E. Scully, Jr.
(*pro hac vice* application pending)
Brewster B. Taylor
(*pro hac vice* application pending)
Emily Harwood Smith
(*pro hac vice* application pending)
Stites & Harbsion PLLC
1199 N. Fairfax Street
Suite 900
Alexandria, Virginia 22314
Tel. (703) 739-4900
Fax: (703) 739-9577

Attorneys for Defendant,
Commonwealth Brands, Inc.