IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| REPUBLIC TOBACCO, L.P., an Illinois Limited Partnership,<br><br>            Plaintiff,<br><br>   v.<br><br>COMMONWEALTH BRANDS, INC., a Kentucky Corporation,<br><br>            Defendant. | )<br>)<br>)<br>)<br>)   No. 08 CV 3267<br>)<br>)   Hon. Rebecca J. Pallmeyer<br>)<br>)   Magistrate Judge Martin C. Ashman<br>)<br>) |

### REPORT OF PARTIES' PLANNING MEETING

This report is submitted jointly by plaintiff Republic Tobacco, L.P. ("Republic") and defendant Commonwealth Brands, Inc. ("CBI") pursuant to Federal Rules of Civil Procedure 16 and 26 and this Court's Standing Order:

1. **MEETING.** Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on August 1, 2008. Counsel for plaintiff were present in Chicago, Illinois. Counsel for the defendant was present in Chicago, Illinois and participating by telephone from Alexandria, Virginia.

   a. Charles S. Bergen, Peter S. Roeser and Pei Y. Chung participated on behalf of the plaintiff.

   b. Michael P. Padden, Robert E. Scully, Jr., Brewster B. Taylor, and Emily Harwood Smith participated on behalf of the defendant.

2. **PRE-TRIAL SCHEDULE.**

   a. Discovery will be needed on the claims and defenses as set forth in the parties' pleadings.

   b. On August 5, 2008, Defendant filed a motion to stay, and further contends that all discovery should be stayed until this Court has an opportunity to rule on the pending motion to stay. Plaintiff will oppose the motion to stay and does not believe discovery should be stayed.

   Notwithstanding this difference of views, the parties have provisionally reached the agreements and proposals set forth herein without prejudice to defendant's pending motion to stay or plaintiff's opposition thereto.

    c.       Disclosures pursuant to Fed R. Civ. P. 26(a)(1) to be made by <u>August 26, 2008</u>.

              1)  The plaintiff proposes that all fact discovery be commenced in time to be completed by <u>February 15, 2009</u>.

              2)  The defendant proposes that all fact discovery be commenced in time to be completed by <u>December 15, 2008</u>.

    d.       The parties expect that they will each need approximately ten depositions.

    e.       1)  The plaintiff proposes that reports from retained experts under Rule 26(a)(2) be due 30 days after the close of fact discovery.

              2)  The defendant proposes that reports from retained experts under Rule 26(a)(2) be due on the same date as the close of fact discovery.

              3)  Both parties agree that rebuttal expert reports should be due 30 days after the submission of the initial expert reports.

    f.       The parties agree that they should be allowed until <u>September 15, 2008</u> to join additional parties.

    g.       All potentially dispositive motions should be filed no later than 60 days after the submission of the rebuttal expert reports.

    h.       Final pretrial order:  Plaintiff to prepare proposed draft by <u>August 1, 2009</u>; parties to file joint pretrial order by <u>September 1, 2009</u>.

    i.       The case should be ready for trial by <u>October 1, 2009</u> and at this time trial is expected to take less than 5 days.

3.    **SETTLEMENT**.  On July 18, 2008, plaintiff submitted a written settlement offer to defendant.  On July 31, 2008, defendant submitted a written response to plaintiff's settlement offer. The parties engaged in good faith discussion of settlement during their August 1, 2008 discovery conference and certify that they have engaged in good faith settlement efforts, but that such efforts were unavailing.

4.  **CONSENT**.  The parties do not unanimously consent to proceed before a Magistrate Judge.

Dated:  August 7, 2008

By:  /s/ Charles S. Bergen
    (Attorney for Plaintiff)

Charles S. Bergen
Peter S. Roeser
Pei Y. Chung
Grippo & Elden LLC
111 South Wacker Drive
Chicago, IL  60606
Phone: (312) 704-7700
Facsimile: (312) 558-1195

By:  /s/ Robert E. Scully, Jr.
    (Attorney for Defendant)

Michael P. Padden
Howrey LLP
321 North Clark Street
Suite 3400
Chicago, Illinois 60654
Tel. (312) 595-1149
Fax: (312) 595-2250

Robert E. Scully, Jr.
Brewster B. Taylor
Emily Harwood Smith
Stites & Harbsion PLLC
1199 N. Fairfax Street
Suite 900
Alexandria, Virginia 22314
Tel. (703) 739-4900
Fax: (703) 739-9577