IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| REPUBLIC TOBACCO, L.P., an Illinois Limited Partnership, <br><br> Plaintiff, <br><br> v. <br><br> COMMONWEALTH BRANDS, INC., a Kentucky Corporation <br><br> Defendant. | ) ) ) ) ) No. 08 CV 3267 ) ) ) ) Hon. Pallmeyer ) Magistrate Judge Ashman ) ) ) |

**REPUBLIC TOBACCO, L.P.'S MOTION FOR SUMMARY JUDGMENT
TO ENFORCE 1979 SETTLEMENT AGREEMENT**

Republic Tobacco, L.P. ("Republic") hereby moves for summary judgment in its favor on Count I of its Complaint. In support of this motion, Republic states as follows:

1. Republic filed this complaint, asserting breach of contract, promissory estoppel, trademark infringement and unfair competition claims against Commonwealth Brands, Inc. ("CBI") for actions related to Republic's "1.25" and "1.5" marks for cigarette rolling papers and CBI's agreement not to use these designations. Republic now seeks summary judgment on Count I, arising out of CBI's breach of the 1979 Settlement Agreement between its predecessor-in-interest, Robert Burton Associates, Ltd. ("RBA") and Adams Apple Distributing Co. ("Adams Apple") the predecessor-in-interest of Republic.

2. Republic is entitled to summary judgment on Count I of its Complaint as a matter of law, as there is no genuine issue of material fact that CBI has breached the November 2, 1979 Settlement Agreement between the parties in the matter *Adams Apple Distributing Co. v. Robert Burton Associates, Ltd.*, No. 77 C 1486 (N.D. Ill.). Republic is entitled to summary judgment as a matter of law.

3. In compliance with Rule 26(f) and this Court's Standing Order, on August 1, 2008 the parties met to discuss the case, including the possibility of settlement. As stated in the Report of Parties Planning Meeting, signed by counsel for both parties and filed August 7, 2008:

> SETTLEMENT. On July 18, 2008, plaintiff submitted a written settlement offer to defendant. On July 31, 2008, defendant submitted a written response to plaintiff's settlement offer. The parties engaged in good faith discussion of settlement during their August 1, 2008 discovery conference and certify that they have engaged in good faith settlement efforts, but that such efforts were unavailing.

WHEREFORE, and for the reasons set forth more fully in its Memorandum In Support Of Its Motion For Summary Judgment To Enforce 1979 Settlement Agreement, Republic seeks summary judgment on Count I of its Complaint pursuant to Rule 56 of the Federal Rules of Civil Procedure.

Dated: August 8, 2008

Respectfully submitted,

Republic Tobacco, L.P.

By: /s/ Pei Y. Chung
One of Their Attorneys

Charles S. Bergen
Peter S. Roeser
Pei Y. Chung
Grippo & Elden, LLC
111 South Wacker Drive
Chicago, Illinois 60606
(312) 704-7700

## CERTIFICATE OF SERVICE

I, Pei Y. Chung, an attorney, hereby certify that on **August 8, 2008**, I caused a true and complete copy of the foregoing **REPUBLIC TOBACCO, L.P.'S MOTION FOR SUMMARY JUDGMENT TO ENFORCE 1979 SETTLEMENT AGREEMENT** to be served by Electronic Mail Transmission via ECF as to Filing Users upon the following:

> Michael P. Padden
> Howrey LLP
> 321 North Clark Street
> Suite 3400
> Chicago, Illinois 60654
> Tel. (312) 595-1149
> Fax: (312) 595-2250
>
> Robert E. Scully, Jr.
> Brewster B. Taylor
> Emily Harwood Smith
> Stites & Harbsion PLLC
> 1199 N. Fairfax Street
> Suite 900
> Alexandria, Virginia 22314
> Tel. (703) 739-4900
> Fax: (703) 739-9577

/s/ Pei Y. Chung
Pei Y. Chung