IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| REPUBLIC TOBACCO, L.P., an Illinois Limited Partnership, <br><br> Plaintiff, <br><br> v. <br><br> COMMONWEALTH BRANDS, INC., a Kentucky Corporation <br><br> Defendant. | ) <br> ) <br> ) <br> ) No. 08 CV 3267 <br> ) <br> ) <br> ) Hon. Pallmeyer <br> ) Magistrate Judge Ashman <br> ) <br> ) |

## NOTICE OF MOTION

To:    Michael P. Padden           Robert E. Scully, Jr.
       Howrey LLP                  Brewster B. Taylor
       321 North Clark Street       Emily Harwood Smith
       Suite 3400                    Stites & Harbsion PLLC
       Chicago, Illinois 60654      1199 N. Fairfax Street, Suite 900
                                                  Alexandria, Virginia 22314

        PLEASE TAKE NOTICE that on August 12, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before Honorable Rebecca J. Pallmeyer in Room 2119 of the United States District Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present Plaintiff Republic Tobacco, L.P.'s Motion for Summary Judgment To Enforce 1979 Settlement Agreement, a copy of which is hereby served upon you.

Dated: August 8, 2008                             Respectfully submitted,

                                                        Republic Tobacco, L.P.


                                                        By: /s/ Pei Y. Chung
                                                             One of Their Attorneys

Charles S. Bergen
Peter S. Roeser
Pei Y. Chung
Grippo & Elden, LLC
111 South Wacker Drive
Chicago, Illinois 60606
(312) 704-7700

## CERTIFICATE OF SERVICE

I, Pei Y. Chung, an attorney, hereby certify that on **August 8, 2008**, I caused a true and complete copy of the foregoing **NOTICE OF MOTION** to be served by Electronic Mail Transmission via ECF as to Filing Users upon the following:

>Michael P. Padden
>Howrey LLP
>321 North Clark Street
>Suite 3400
>Chicago, Illinois 60654
>Tel. (312) 595-1149
>Fax: (312) 595-2250
>
>Robert E. Scully, Jr.
>Brewster B. Taylor
>Emily Harwood Smith
> Stites & Harbsion PLLC
>1199 N. Fairfax Street
>Suite 900
>Alexandria, Virginia 22314
>Tel. (703) 739-4900
>Fax: (703) 739-9577

>/s/ Pei Y. Chung
>Pei Y. Chung