IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| REPUBLIC TOBACCO, L.P., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 CV 3267 |
| | ) | |
| v. | ) | Honorable Rebecca R. Pallmeyer |
| | ) | |
| COMMONWEALTH BRANDS, INC., | ) | Magistrate Judge Martin C. Ashman |
| | ) | |
| Defendant. | ) | |

### PLAINTIFF REPUBLIC TOBACCO, L.P.'s RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Local Rule 3.2 of the Northern District of Illinois and Federal Rule of Civil Procedure 7.1, plaintiff Republic Tobacco, L.P. ("Republic"), makes the following disclosures:

1. Republic is an Illinois Limited Partnership.

2. Republic's general partner is Republic Tobacco Management Corp., an Illinois Subchapter "S" corporation. Republic Tobacco Management Corp. is entirely owned by the Donald R. Levin Revocable Trust, of which Donald R. Levin, an Illinois resident, is the sole trustee.

3. Republic's sole limited partner is DRL Enterprises, Inc., a Delaware Subchapter "S" corporation. DRL Enterprises, Inc., is a Delaware Subchapter "S" corporation owned by the Donald R. Levin Revocable Trust, of which Donald R. Levin, an Illinois resident, is the sole trustee and by the Levin DRL Enterprises Trust, of which Alan M. Berry, an Illinois resident, is sole trustee.

4. Republic has no publicly held affiliates.

Dated:  August 11, 2008                                  Respectfully submitted,

                                                      Republic Tobacco, L.P.

                                                 By: /s/ Pei Y. Chung

Charles S. Bergen                                        One of Their Attorneys
Peter S. Roeser
Pei Y. Chung
Grippo & Elden, LLC
111 South Wacker Drive
Chicago, Illinois 60606
(312) 704-7700

**CERTIFICATE OF SERVICE**

I, Pei Y. Chung, counsel for Plaintiff Republic Tobacco, L.P. hereby certify that on August 11, 2008, a copy of the foregoing **PLAINTIFF REPUBLIC TOBACCO, L.P.'s RULE 7.1 DISCLOSURE STATEMENT** was served by Electronic Mail Transmission via ECF as to Filing Users upon each of the following counsel of record:

>Michael P. Padden
>Howrey LLP
>321 North Clark Street
>Suite 3400
>Chicago, Illinois 60654
>Tel. (312) 595-1149
>Fax: (312) 595-2250
>
>Robert E. Scully, Jr.
>Brewster B. Taylor
>Emily Harwood Smith
> Stites & Harbsion PLLC
>1199 N. Fairfax Street
>Suite 900
>Alexandria, Virginia 22314
>Tel. (703) 739-4900
>Fax: (703) 739-9577

>/s/ Pei Y. Chung
>Pei Y. Chung

3