# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3267 | **DATE** | 8/12/2008 |
| **CASE TITLE** | Republic Tobacco L.P vs. Commonwealth Brands, Inc. | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Motion to stay case pending outcome of U.S.P.T.O opposition proceedings [21] denied without prejudice. Plaintiff's motion for summary judgment [24] entered and continued for briefing, but the court will not reach the issue of registrability; if resolution of that issue is in fact necessary for decision on the motion for summary judgment, the court will entertain a renewed motion for stay. Response to be filed by or on 9/15/2008; reply 9/29/2008; ruling to be made by mail. Rule 16 conference continued generally. Motions for leave to appear *pro hac vice* granted as to Emily Harwood Smith and Robert E. Scully, Jr. [19, 20].

Notices mailed by Judicial staff.

00:17

| | Courtroom Deputy Initials: | ETV |
|---|---|---|