# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3267 | **DATE** | 8/14/2008 |
| **CASE TITLE** | Republic Tobacco L.P vs. Commonwealth Brands, Inc. | | |

**DOCKET ENTRY TEXT**

Motion for leave to appear *pro hac vice* [30] granted as to Brewster Taylor on behalf of Commonwealth Brands, Inc.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|